IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM C. COX, INC., | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TOTAL SITE IMPROVEMENTS, LLC, | : | No. 15-4068 |
| | : | |
| Defendant. | : | |

**<u>ORDER</u>**

AND NOW, on April 28, 2016, after a bench trial on April 12 through April 14, 2016, it is hereby ORDERED that judgment will be entered against Defendant for $173,043.23, plus additional attorney's fees for work from April 1, 2016 to the end of trial.  Plaintiff shall submit its amended fee petition within seven days and judgment will be entered at that time.

BY THE COURT:

 /s/ Timothy R. Rice
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE